**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**RSI Systems, Inc.,**

**Plaintiff,**

**v.**

**Polycom, Inc.,**

**Defendant.**

**Civil No. 01-381 JMR/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: July 23, 2001.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED JUL 23 2001
Richard D. Sletten, CLERK
Judgment Ent'd. ______________
Deputy Clerk's Initials ______

Pursuant to a recusal by the Magistrate on this case, the case has now been reassigned to Magistrate Judge JONATHAN G. LEBEDOFF.

NEW CASE NUMBER 01-381 JMR/JGL
Use this case number for all further filings.