UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| RSI Systems, Inc. | ) | |
| | ) | |
| v. | ) | 01-CV-381 (JMR/SRN) |
| | ) | |
| Polycom, Inc. | ) | |

| | | |
|---|---|---|
| RSI Systems, Inc, et al. | ) | |
| | ) | |
| v | ) | 01-CV-1130 (~~JMR~~/RHK)/JMM |
| | ) | |
| VTEL Corporation | ) | |

ORDER FOR REASSIGNMENT OF RELATED CASES

Case No. 01-CV-381 having been assigned to the Honorable James M. Rosenbaum, United States Chief District Judge, and Case No. 01-CV-1130 having later been assigned to the Honorable Richard H. Kyle, United States District and said matters being related cases, IT IS ORDERED that:

1. Case No.01-CV-1130 be assigned to Judge Rosenbaum, nunc pro tunc, by use of a card on the Patent list of the automated case assignment system, and the Clerk of Court shall void and reuse a card on the same list, pursuant to this Court's Assignment of Cases Order, dated February 5, 1993.

2. A copy of this Order shall be filed in each case.

FILED [illegible] 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: September 19th, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

Dated: September 21, 2001

Richard H. Kyle
United States District Judge

RSI Systems, Inc., et al

vs. 01-1130JMR/SRN

VTEL Corporation

This above-entitled action has been re-assigned to Judge James M. Rosenbaum pursuant to an Order for Reassignment signed by Judges Rosenbaum and Kyle. This action is related to 01-cv-381 already assigned to Judge Rosenbaum. Please note the change in judges' initials and refer to them when submitting documents to the court for filing.

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500